IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEBORAH BELINDA JACKSON

<u> </u>

<u> </u>

<u> </u>

(Enter above the full name of the Plaintiff(s)

vs.                                                  )   Case Number_____

CITY OF JUNCTION CITY
Name
700 N JEFFERSON
Street and number
JUNCTION CITY, KS  66441
City            State            ZipCode

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff  Deborah Belinda

Address  1221 Marshall Drive, Junction City, KS  66441

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.      Defendant  City Attorney Britain Stites                                            is

        employed at 210 E Ninth Street, Junction City, KS  66441


C.      Additional Defendants  Junction City Police Investigations Dept:  to include

        Susan Overstreet, Alvin Babcock with the unknown female that

        accompanied him, 210 E Ninth Street, Junction City, KS  66441


II.   Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

        1.      Plaintiff is a citizen of the State of _____ Kansas _____.
        2.      The first-named defendant above is either
                a.   a citizen of the State of _____ Kansas _____; or
                b.   a corporation incorporated under the laws of the State of
                     _____ Kansas _____ and having its principal place of business
                     in a State other than the State of which plaintiff is a citizen.


        3. The second-named defendant above is either
                a.   a citizen of the State of _____ Kansas _____; or
                b.   a corporation incorporated under the laws of the State of
                _____ Kansas _____ and having its principal place of business in a
                State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.    (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐ 1.      This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☑ 2.      This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☑ 3.      Other grounds (specify and state any statute which gives rise to such
grounds):

<u>U.S. Code: 28 U.S.C., Chapter 171 Intentional tort</u>

_____

_____

_____

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

<u>Please refer to the enclosed Statement of Claim that is attached.</u>

_____

_____

_____

_____

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)

3

I ask the Court to grant in favor of me the defendant my damages of $1 million.

_____

_____

V.  Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]   No [ ]

VI.  Do you claim actual damages for the acts alleged in your complaint? Yes [X]   No [ ]

VII.  Do you claim punitive monetary damages?  Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

_____

I am entitled money damages of $1 million dollars for the wrongful and intentional

negligence caused by said defendants.  I still to this day have people joke with me

about seeing their I.D. which causes emotional distress and embarrassment.

To this date I still have to explain myself to the public that the actions of the defen

ants are not my doing or my ordinance.   Loss of income due to loss of sales.

VIII.   Administrative Procedures:

A.      Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [X]  No [ ]

B.      If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

My complaint was emailed to the defendants  and sent certified mail to the

 defendants on March 12, 2023 (emailed) and mailed on March 13, 2023.

_____

C.      If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

IX.   Related Litigation:

Please mark the statement that pertains to this case:

[ ]       This cause, or a substantially equivalent complaint, was previously filed in this court as case number 22CV207_____ and assigned to the Honorable Judge _____.

[✔]       Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Deborah B Jackson
_____
Name (Print or Type)

1221 Marshall Drive
_____
Address

Junction City, KS  66441
_____
City          State          Zip Code

(785) 375-1545
_____
Telephone Number

## **DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita,  ☐ Kansas City , or  ☒ Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

Signature of Plaintiff

## **REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { ☒ Yes or  ☐ No   }
(Select One)

Signature of Plaintiff

Dated: 06/14/2023
(Rev. 10/15)

6

**STATEMENT OF COMPLAINT**:

On or about <u>January 12, 2022</u> defendants of the Investigation's Dept., hand delivered their city ordinance Ordinance G- _____ an ordinance (dated and adopted on November 2, 2021) amending section 600.270, entitled License for Second-Hand Dealers in electronics and recordings of Article I, entitled general provisions of Chapter 600, entitled licenses and occupation taxes of Title VI, entitled business and occupation of the code of ordinances of the city of Junction City, Kansas to amend the requirements and duties of secondhand dealers covered by said ordinance to my address 1221 Marshall Drive, Junction City, Kansas.

My civil rights were violated when the City of Junction City, KS, Junction City Investigations Dept. to include an unknown female that accompanied Alvin Babcock and Susan Overstreet, along with the City Attorney Britain Stites all interfered in my business of selling secondhand merchandise. Their ordinance violated not only my rights but the customer's rights to have me the seller ask for the customer's ID's or their driver's license and taking a picture of their ID's or driver's license. These ID's and drivers' licenses and other information were then for me to enter the Junction City Investigation's Department online portal after every sale. The city later changed their ordinance after I was cited for failure to obtain a license to sell secondhand merchandise. The municipal court informed the city attorney that their ordinance may be in violation of a constitutional law and therefore my citation for failure to obtain a secondhand seller license was dismissed and the City Attorney informed me that that are going to change their ordinance which I never received a copy of or saw. The City Attorney informed that that the city ordinance no longer required me as a business to exercise their unlawful ordinance.

**DATE, TIME, AND PLACE**:

January 12, 2022 in the early afternoon hours at 1221 Marshall Drive, Junction City, KS 66441

**NAMES OF PEOPLE INVOLVED**:

Mr. Britain Stites, City Attorney; Junction City Police Investigations Dept that included an unknown female that accompanied ,Alivin Babcock and Susan Overstreet; and the City of Junction City Governing Body.

**STATEMENT OF INJURY CLAIMED**:

Customers refused to purchase my items, they laughed at me, cussed at me, threatened me, ridiculed me, and slandered me. I became depressed, had panic and anxiety attacks, mental anguish, paranoia, headaches and migraines, thoughts of suicide, loss of sleep, nightmares, weight gain, irritability, embarrassed to conduct my business. Embarrassed to be around people that new me and didn't know me by making fun of me for asking for people's ID's. I lost days of work and lost income from my business. Loss of enjoyment of life, extremely worried over the possibility of losing my federal job due to the citation I received. I lost a whole lot of my personal time by explaining their ordinance to potential customers by texting them and creating templates of what to say to potential customers about their ordinance for it wasn't an easy task trying to convince anyone that the ordinance wasn't mine and

that it belonged to the city.  I further to expect to suffer continuously, with future or permanent loss and damages from decrease in income due to loss of customers and to potential customers that have been introduced to the secondhand seller ordinance from other customers that spreaded information about me and this ordinance by word of mouth and on social media.  The cost for future medical expenses for mental health care and the aid of physical therapy to help lose weight due to the traumatic and dramatic changes my life has been since the city ordinance was introduced in my life.  I have been defamed by this ordinance forever.   This traumatic journey from all the challenges and noncaring behaviors of all said parties mentioned in this complaint has significantly changed me as a person mentally, physically and financially.

**STATEMENT OF AMOUNT OF MONETARY DAMAGES**:

I Deborah B. Jackson is requesting the amount of $1 million dollars for the damages that I incurred while directed and ordered to exercise Junction City's Second Hand Seller Ordinance.